UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X   21 MC 100 (AKH)

Hon. Alvin K. Hellerstein, U.S.D.J.

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

**<u>RULE 7.1 STATEMENT OF BOVIS LEND LEASE LMB, INC.</u>**

-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BOVIS LEND LEASE LMB, INC. certifies that M/L Bovis Holdings, Ltd. is the direct parent corporation of BOVIS LEND LEASE LMB, INC., and Bovis Lend Lease Holdings, Inc., and Lend Lease Corporation Limited are indirect parent corporations of BOVIS LEND LEASE LMB, INC. Lend Lease Corporation Limited is a publicly traded company in Australia.

Dated: Newark, New Jersey
       November 28, 2006

PATTON BOGGS LLP

By: _/s/ James E. Tyrrell, Jr._
James E. Tyrrell, Jr. (JT-6837)
One Riverfront Plaza, 6th floor
Newark, NJ 07102
(973) 868-5600
JTyrrell@PattonBoggs.com

*Attorneys for defendant* Bovis Lend Lease LMB, Inc.